J. ESLER ECKERSON et al., Appellants, *v.* THE VILLAGE OF HAVERSTRAW et al., Respondents.

*Eckerson* v. *Village of Haverstraw,* 6 App. Div. 102, affirmed.
(Argued April 3, 1900; decided April 24, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

June 8, 1896, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Louis Marshall* for appellants.

*William McCauley, Jr.,* and *Alonzo Wheeler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.